AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 8:23-MJ-00060 | 01/31/23 at 0937 | USPS |

Inventory made in the presence of :
  USPIS TFO Sumpter

Inventory of the property taken and name of any person(s) seized:

  9505 5108 3814 3019 5733 31
  $40,180 US Currency
  Parcel Wrappings


  9505 5102 5853 3019 7953 29
  $33,200 US Currency
  Parcel Wrappings

**Certification**

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:  01/31/23

/s/ David Thompson
*Executing officer's signature*

David Thompson USPIS Task Force Officer
*Printed name and title*